DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 2547
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No. 12717
T. CHARLOTTE BUYS, ESQ.
Nevada Bar No. 14845
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:	(702) 363-5100
Facsimile:	(702) 363-5101
E-mail: dmortensen@messner.com
	cchristopher@messner.com
	cbuys@messner.com

*Attorneys for Defendant*
*The Heights of Summerlin, LLC*
*d/b/a The Heights of Summerlin*

# IN THE UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| TRACY LaMONICA, individually and as heir to, and as Special Administrator of the ESTATE OF PHYLLIS ANN WYANT, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>THE HEIGHTS OF SUMMERLIN, LLC, d/b/a THE HEIGHTS OF SUMMERLIN, a Foreign Limited Liability Company; DOES I through X, inclusive, and, ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01040-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT THE HEIGHTS OF SUMMERLIN, LLC TO FILE REPLY TO PLAINTIFFS' OPPOSTION TO DEFENDANT'S MOTION TO DISMISS AND OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadlines for Defendant The Heights of Summerlin, LLC to file both its Reply in Support of its Motion to Dismiss (ECF No. 05, filed on June 11, 2021), currently due on July 1, 2021, and its Opposition to Plaintiff's Motion to Remand (ECF No. 07, filed on June 21,

2021), currently due on July 5, 2021, to be extended through July 6, 2021, to align with the Court's observance of the federal Independence Day holiday.

      This is Defendant the Heights of Summerlin, LLC's first request for an extension and this stipulation is submitted in good faith and without the purpose of undue delay.

DATED this 29th day of June, 2021.　　　　　　DATED this 29th day of June, 2021.

MESSNER REEVES LLP　　　　　　　　　　　BURRIS & THOMAS, LLC

   /s/ Courtney Christopher　　　　　　　　　　   /s/ Steven Burris
DAVID J. MORTENSEN, ESQ.　　　　　　　　STEVEN M. BURRIS, ESQ.
Nevada Bar No. 2547　　　　　　　　　　　　Nevada Bar No. 603
COURTNEY CHRISTOPHER, ESQ.　　　　　　ANDREW THOMAS, ESQ.
Nevada Bar No. 12717　　　　　　　　　　　Nevada Bar No. 17
T. CHARLOTTE BUYS, ESQ.　　　　　　　　　2810 W. Charleston Boulevard, Suite F-58
Nevada Bar No. 14845　　　　　　　　　　　Las Vegas. Nevada 89102
8945 West Russell Road, Suite 300　　　　　　*Attorneys for Plaintiffs*
Las Vegas, Nevada 89148
*Attorneys for Defendant*
*The Heights of Summerlin, LLC*
*d/b/a The Heights of Summerlin*

*Tracy LaMonica, et al. v. The Heights of Summerlin, LLC*
Case No. 2:21-cv-01040-JCM-DJA

**ORDER**

The Court having reviewed and considered the Stipulation by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for Defendant The Heights of Summerlin, LLC to submit both its Reply in Support of its Motion to Dismiss and its Opposition to Plaintiffs' Motion to Remand shall be **Tuesday, July 6, 2021**.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 1, 2021